McKenna, J
10/2/09

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK LEVY and ELENA LEVY ) | Civil Action No.: 09-CV-06739-LMM-RLE |
| Plaintiffs, ) | |
| vs. ) | |
| ) | USDC SDNY |
| IOVATE HEALTH SCIENCES U.S.A. ) | DOCUMENT |
| INC., et al., ) | ELECTRONICALLY FILED |
| ) | DOC #: _____ |
| Defendants. ) | DATE FILED: 10/2/09 |

## ORDER
## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed.R.Civ. Pro. 41(a)(1), the Plaintiffs, Jack Levy and Elena Levy, hereby dismiss this action without prejudice before the opposing parties have served an answer or a motion for Summary Judgment.

Dated: October 1, 2009

Ellen Relkin, Esq., ER 9536
WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiff(s)
180 Maiden Lane
New York, New York 10038
(212) 558-5500

Erelkin@weitzlux.com
Facsimile Number (212)344-5461

So Ordered: _____ 10/2/09
Hon. Lawrence M. McKenna, U-DJ

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF NEW YORK

| | |
|---|---|
| JACK LEVY and ELENA LEVY,<br><br>   Plaintiffs,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES U.S.A. INC., et al.,<br><br>   Defendants. | Civil Action No.: 09-CV-06739<br>      LMM-RLE<br><br>**CERTIFICATE OF<br>SERVICE** |

## CERTIFICATE OF SERVICE

  I, ELLEN RELKIN, hereby certify that on this 1st day of October, 2009, I electronically filed the foregoing NOTICE OF DISMISSAL with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record via Electronic Mail. I have also served said NOTICE OF DISMISSAL upon each party via First Class U.S. Mail, postage prepaid:

KELLEY DRYE & WARREN, LLP
Joseph A. Boyle
John W. McGuinness
101 Park Avenue
New York, New York 10178
*Counsel for Defendants, Iovate
Health Sciences, Inc., Iovate
Health Sciences USA, Inc.,
MuscleTech Research and
Development, Ltd., Wal-Mart
Associates, Inc., Wal-Mart Stores
East, Inc., Wal-Mart Stores East,
LP, and Wal-Mart Stores, Inc.*

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, PA
Donald A. Ottaunick
25 Main Street
Court Plaza North
Hackensack, New Jersey 07601
*Counsel for Defendants, Vitaquest
International, Inc. and Vitaquest
International, LLC.*

Dated: October 1, 2009

_____
Ellen Relkin, Esq., ER 9536
WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiff(s)
700 Broadway
New York, New York 10003
(212) 558-5500
Erelkin@weitzlux.com
Facsimile Number (212)344-5461